July 15, 2014

To Whom It May Concern:

I Brittany Brinkley have agreed to contribute an additional $300+ per month to cover the cost of obtaining another vehicle for the household. This agreement will cease once Charme Brinkley starts receiving her commissions.

*[signature]*

Brittany C Brinkley